ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
Pam Estes
CLERK

## NO. 12-15-00246-CV

| | | |
|---|---|---|
| **ESTATE OF WILLIE SUE HAMMACK BY MORRISON HAMMACK, JR.,** **Plaintiff** | §<br>§<br>§<br>§<br>§ | **IN THE COURT OF APPEALS** |
| **V.** | §<br>§<br>§ | **12TH APPELLATE DISTRICT** |
| **LARRY GENE MARSH, BILLIE MARIE BUCKLEY, DEBORAH SUE STUART AND TERRY LYN MARSH** **Defendants** | §<br>§<br>§<br>§ | **STATE OF TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
PAM ESTES
Clerk

### APPELLANTS' MOTION FOR ADDITIONAL TIME TO FILE APPELLANTS' BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Appellants, Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh, pursuant, and requests that the Court grant Appellant additional time in which to file Appellant's Brief.

I.

The deadline for filing Appellants' Brief is November 12, 2015.

II.

Appellant has been unable to file Appellants' Brief for the following reasons, which constitute good cause for the extension of time:

1. The Appellants' Brief is due to be filed the 12th day of November, 2015.

2. Robert M. Minton, attorney for Appellants, Stuart et al, is involved in filing a brief for review of the Supreme Court, Case No. 15-0821, Mondee Stracener vs Doug Stracener et al, which was filed on October 23, 2015.

The undersigned, in order to serve the interests of justice, and the Court, respectfully requests the Court to extend the time for filing Appellant's Brief to through the 26th day of November, 2015. This request is not made for the purpose of delay, but so that the undersigned may adequately serve the interests of the legal profession in seeing to it that his clients are adequately advised, represented, and their work completed on time, as well as to handle the appeal of this proceeding.

RMMrla
C:\Users\Owner\AppData\Local\Microsoft\Windows\Temporary
Files\Content.Outlook\8T23IX35\MotionExtendTimeAndOrder 10-30-2015.docx

Internet

III.

This extension of time is sought so that justice may be done, and not for purposes of delay.

IV.

Granting this request for an enlargement of time to file will not delay the business of the Court.

V.

No further extensions of time to file will be sought.

**WHEREFORE, PREMISES CONSIDERED**, Appellant requests the Court to grant until November 26, 2015 to file Appellant's Brief.

Respectfully submitted,

MINTON & BROWN PLLC

Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Plaintiff
Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh

Russell R. Smith, TBA#18682310
rsmith@fairchildlawfirm.com
Christopher C. Hughes, TBA#24074452
chughes@chugheslaw.com
Attorneys for the Estate of Willie Sue Hammack, by Morrison Hammack Jr.
Fairchild, Price, Haley & Smith, LLP
P.O. Drawer 631668
Nacogdoches, TX 75963-1668
Tel. (936) 569-2327
Fax (936) 569-7932

RMMrla
C:\Users\Owner\AppData\Local\Microsoft\Windows\Temporary
Files\Content.Outlook\8T23IX35\MotionExtendTimeAndOrder 10-30-2015.docx

Internet

| | | |
|---|---|---|
| **ESTATE OF WILLIE SUE** | § | **IN THE COURT OF APPEALS** |
| **HAMMACK BY MORRISON** | § | |
| **HAMMACK, JR.,** | § | |
| **Plaintiff** | § | |
| | § | |
| **V.** | § | **12TH APPELLATE DISTRICT** |
| | § | |
| **LARRY GENE MARSH, BILLIE** | § | |
| **MARIE BUCKLEY, DEBORAH SUE** | § | |
| **STUART AND TERRY LYN MARSH** | § | |
| **Defendants** | § | **STATE OF TEXAS** |

## ORDER GRANTING
## APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE
## APPELLANT'S BRIEF

On _____, the Court considered the Appellant's Motion for Additional Time to File Appellant's Brief, and after reviewing the evidence and hearing the arguments, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Movant shall have until November 26, 2015 to file Appellant's Brief.

**SIGNED** on _____, 2015.

_____
JUDGE PRESIDING

RMMrla
C:\Users\Owner\AppData\Local\Microsoft\Windows\Temporary
Files\Content.Outlook\8T23IX35\MotionExtendTimeAndOrder 10-30-2015.docx

Internet